UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIFFANY SMITH,

        Plaintiff,

Case No. 1:17-cv-426

Hon. Paul L. Maloney
United States District Judge

v.

UNITED STATES OF AMERICA,

        Defendant.

_____/

### ORDER FOR PHONE RECORDS FROM STRAIGHT TALK WIRELESS

The Court having reviewed the parties' Second Stipulation for Phone Records from Straight Talk Wireless, and being otherwise fully informed,

**IT IS ORDERED** that STRAIGHT TALK WIRELESS shall release to Plaintiff's Counsel, Lipton Law, only, electronic records or photocopies of the complete telephone records from TracFone Wireless, Inc. for the Straight Talk Wireless cell phone/account number **231-268-8443,** account holder Tom Foster, for the complete months of September 2015 through October 2015, including but not limited to: all incoming and outgoing text messaging, a complete itemization of all incoming and outgoing telephone calls to and from the aforementioned telephone number, the time calls were made and received, the duration of the calls, the telephone number of all incoming and outgoing calls, and all usage records, call logs and regarding this telephone number.

A copy of this order shall serve as an original.

DONE AND ORDERED this __7th__ day of ____November____, 2017.

                                                      /s/ Paul L. Maloney
                                                      Hon. Paul L. Maloney